

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00347-CR
## No. 10-10-00348-CR

**TODD PHILLIPPI,**

        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

        **Appellee**

---

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court Nos. 05-C-3702 and 05-C-3707**

---

## MEMORANDUM OPINION

---

The briefs in these appeals were originally due to be filed by February 4, 2011. When no briefs were filed, a late brief notice was sent to appellant, Todd Phillippi, on February 15, 2011. Twenty days later, Phillippi's motion for extension of time to file his briefs was filed. The Court granted an extension of time to file the briefs to June 20, 2011. No briefs were filed for Phillippi.

By letter dated June 30, 2011, the Clerk of this Court notified Phillippi that pursuant to Rules 38.8(a)(1) and 42.3 of the Texas Rules of Appellate Procedure, the

Court would dismiss these appeals for want of prosecution unless, within 21 days of the date of the letter, a brief was filed in each of these appeals. Phillippi was further warned that if no briefs were filed by 5:00 p.m. on July 21, 2011, these appeals would be dismissed. TEX. R. APP. P. 42.3(b). No briefs were filed by the 5:00 p.m. deadline.

Accordingly, these appeals are dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 3, 2011
Do not publish
[CV06]